UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Dennis M. Cavanaugh

      v.    :    Crim. No. 11-388

ABIMAEL FUENTES    :    <u>CONTINUANCE ORDER</u>

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Stacey A. Levine, Assistant U.S. Attorney), and defendant Abimael Fuentes (by Steven Amster, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days, and one previous continuance order having been granted, and the defendant being aware that he has a right to have the matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and as the defendant has consent to this continuance and waived such right, and for good and sufficient cause shown,,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time

to finalize a plea agreement, which would render trial of this matter unnecessary; and

    2. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

    WHEREFORE, on this ___1___ day of __Sept__, 2011,

IT IS ORDERED that the proceedings in the above-captioned matter are continued for sixty (60) days, from September 6, 2011 through and including November 4, 2011; and

IT IS FURTHER ORDERED that September 6, 2011 through and including November 4, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

Form and entry consented to:

_____
Stacey A. Levine
Assistant U.S. Attorney

_____
Steven Anster, Esq.
Counsel for Defendant Fuente